STATE OF NEW JERSEY v. GENISE JONES.

May 16, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. HUSNI ABDILAZIZ BARAKAT.

May 16, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. IRVING G. SCHLEIMER.

May 16, 1978. Petition for certification denied.

JOHN R. FLETCHER v. CITY OF SALEM.

May 16, 1978. Petition for certification denied.

MARY MANCA v. BOROUGH OF HOPATCONG.

May 16, 1978. Petition for certification denied. (See 157 *N. J. Super.* 67)

WAYNE V. KELLSTROM v.
TOMS RIVER PUBLISHING COMPANY — THE REPORTER.

May 16, 1978. Petition for certification denied.